# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| NEW PENN FINANCIAL, LLC, d/b/a SHELLPOINT MORTGAGE SERVICING, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DANIEL J. KANE, THERESA M. KANE, and ROWLAND PARKER, )<br>)<br>Defendants. ) | Civil No. 2018-41 |

## **ORDER**

This matter was before the Court on October 22, 2018 for a status conference. Counsel for plaintiff stated he intended to file an amended complaint to correct some errors in the initial process, and he has been in contact with stateside counsel for defendants Kane, who provided an address for service. Plaintiff orally moved for additional time to serve.

The premises considered, it is hereby ORDERED that the motion is granted, and plaintiff shall have until November 22, 2018 to serve defendants. Plaintiff shall file proof of such service within 10 days after service is made.

**Dated:** October 23, 2018          S\ _____
                                                            **RUTH MILLER**
                                                            United States Magistrate Judge